## Defendant Status Sheet
(Prepare ONE for EACH defendant)

**Defendant Status**

Defendant Name: KEVIN THISSEL "Unc," "Uncle," "Jefe," "Big Jefe"

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes    ☒ No    If yes: Select Charging Doc Type

If yes, please enter the cause number below:

CR <u>Enter CR Cause Number here.</u>    or    MJ <u>Enter MJ Cause Number here.</u>

Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No

**Defendant Location**

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: <u>Enter other District here.</u>

☐ In custody (different cause number) in another District: <u>Enter other info here.</u>

☒ In local custody: <u>King County</u>

☐ In the community on supervision under cause number: <u>Enter cause number here.</u>

☐ At large.

☐ Other: Click or tap here to enter text.

**Release**

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

**Arraignment**

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

   ☐ Defendant Address: <u>Click or tap here to enter text.</u>

☐ Letter to defense counsel for appearance on: <u>Click or tap to enter a date.</u>

   ☐ Defense Counsel name and address: <u>Click or tap here to enter text.</u>

**Trial**

Estimated trial length (days): Fourteen (14) Days

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

<table>
<tr><td rowspan="2">Defendant Status</td><td>Defendant Name: CHRISTOPHER JOHNSON</td></tr>
<tr><td>

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes   ☒ No           If yes: Select Charging Doc Type

If yes, please enter the cause number below:

    CR Enter CR Cause Number here.   or   MJ Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?   ☐ Yes   ☒ No

</td></tr>
<tr><td>Defendant Location</td><td>

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☒ In local custody: Snohomish County

☐ In the community on supervision under cause number: Enter cause number here.

☐ At large.

☐ Other: Click or tap here to enter text.

</td></tr>
<tr><td>Release</td><td>

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

</td></tr>
<tr><td>Arraignment</td><td>

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

   ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

   ☐ Defense Counsel name and address: Click or tap here to enter text.

</td></tr>
<tr><td>Trial</td><td>Estimated trial length (days): Fourteen (14) Days</td></tr>
</table>