UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR24-138 RSM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| KEVIN B. THISSEL, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |

Offense charged:   Racketeering, Conspiracy to Commit RICO

Date of Detention Hearing:   October 15, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.   Defendant is charged by Indictment with Racketeering and Conspiracy to

DETENTION ORDER
PAGE -1

Commit RICO, arising out of an alleged criminal conspiracy engaged in acts of violence, robbery, kidnapping, murder and burglary.  He has also been indicted in this Court in Case No. CR24-5137 BHS and charged with Unlawful Possession of a Firearm.  Defendant appears pursuant to a Writ of Habeas Corpus ad Prosequendum from the custody of Pierce County, WA.  The question of detention is essentially moot, since defendant would be returned to state custody if released by this Court.  Indeed, defendant will remain in custody at the Pierce County jail while these charges are pending.  Defendant does not contest entry of an order of detention.  He has a lengthy criminal record, including multiple burglary, assault, and weapons charges, with warrant activity.

2. Defendant poses a risk of nonappearance based on failures to appear for hearing with warrant activity, lack of verified background information, and pending state charges. Defendant poses a risk of danger based on the nature of the instant offense and criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 15th day of October, 2024.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3